IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WILLIE H. ANDREWS, JR. | § | |
| | § | |
| v. | § | NO. 6:14-cv-00876-MHS-JDL |
| | § | |
| KURESHE'S MART NO. 2, et al. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 7). The Magistrate Judge recommends dismissing the action because Plaintiff has failed to prosecute his case. The parties have made no objections to the Report and Recommendations. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

It is SO ORDERED.

SIGNED this 6th day of July, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE